USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/28/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ASIA WILLIAMS,

                Plaintiff,

-against-

THE CITY OF NEW YORK, ANNIE ZERON, SALINA ALI, and JOHN DOE, All in Their Individual Capacities and in Their Official Capacities,

                Defendants.

20 Civ. 5672 (AT)

**INITIAL PRETRIAL CONFERENCE ORDER**

ANALISA TORRES, District Judge:

1. Counsel for all parties are directed to appear for an initial pretrial conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure, at **11:00 a.m.** on **January 25, 2021**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

2. **COUNSEL FOR PLAINTIFF IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS NOTICE AND THE COURT'S INDIVIDUAL PRACTICES—INCLUDING THE COURT'S EMERGENCY RULES AND PRACTICES IN LIGHT OF COVID-19—TO ALL PARTIES**.

3. This case has been designated for electronic case filing. By the date of the initial pretrial conference, counsel for all parties are required to register as ECF filers and file a notice of appearance in accordance with the Electronic Case Filing Rules & Instructions (http://nysd.uscourts.gov/ecf_filing.php).

4. The parties are directed to submit a joint letter by **January 18, 2021**, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions and (3) the prospect for settlement. The parties shall set forth the date and time of the conference in the opening paragraph of the joint letter.

5. The parties are directed to submit with their joint letter a jointly proposed Case Management Plan and Scheduling Order. The parties are directed to consult the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres. The status letter shall be filed electronically on ECF, with a courtesy copy, clearly marked as such, e-mailed to chambers in accordance with the Court's Individual Practices (*See* Rule I.B). The proposed Case Management Plan and Scheduling Order shall be e-mailed to chambers (Torres_nysdchambers@nysd.uscourts.gov).

6. Requests for adjournment of the initial pretrial conference will be considered only if made in writing and in accordance with the Court's Individual Practices (*See* Rule I.C).

7. The parties are advised that the Court requires pre-motion letters before a motion is filed (*See* Rules III.A–C).

8. If this case has been settled or otherwise terminated, counsel are required to notify the Court – **before the date of the conference** – by calling (212) 805-0292 and must e-mail a stipulation of discontinuance, voluntary dismissal, or other proof of termination to the Orders and Judgments Clerk (judgments@nysd.uscourts.gov).

SO ORDERED.

Dated: July 28, 2020
    New York, New York

_____
ANALISA TORRES
United States District Judge