Case 1:20-cv-05672-AT   Document 16   Filed 01/15/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/15/2021



|  | THE CITY OF NEW YORK |  |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **OMAR J. SIDDIQI**<br>Senior Counsel<br>Phone: (212) 356-2345<br>Fax: (212) 356-3509<br>osiddiqi@law.nyc.gov |

January 14, 2020

**BY E.C.F.**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: *Asia Williams v. City of New York, et al.,* 20 Civ. 5672 (AT)

Your Honor:

        I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City in the above-referenced matter.  Defendant City writes to respectfully request: (1) that the Court extend defendant's time to answer the Complaint, *nunc pro tunc*, until February 1, 2021; and (2) that the initial conference and related pre-conference letter be adjourned until after the parties have attended mediation in this matter. Defense counsel has spoken to plaintiff's counsel, Mr. Bellin, who consents to the first request, and joins in the second request.

        As an initial matter, defense counsel apologies for the tardiness in making this application. Defense counsel inadvertently scheduled his deadline to answer the Complaint as January 18, 2021, rather than January 8, 2021. Because defense counsel has continuing family obligations stemming from the birth of a child on December 17, 2020, he requires additional time to prepare the answer in this matter. As such, defendant respectfully requests an extension of time to file the answer until February 1, 2021.

        Because this is a Section 1983 plan case, the parties will be directed to  mediation after the answer is filed. As such, the parties respectfully request that the Court adjourn the initial conference and the submission of a pre-conference letter until after the mediation is completed. If the parties settle at mediation, they would immediately inform the Court and file a stipulation of dismissal; and if the parties do not settle, they will immediately inform the Court so that an initial conference may be scheduled for the purpose of setting a discovery schedule.

Thank you for your consideration herein.

                                        Respectfully submitted,

                                        /s/

                                        Omar J. Siddiqi
                                        *Senior Counsel*

cc:    Eugene M. Bellin, Esq. (By E.C.F.) *Attorney for Plaintiff*

GRANTED.  By **February 1, 2021**, Defendant City shall answer or otherwise respond to the complaint.  The conference scheduled for January 25, 2021, is ADJOURNED *sine die*.  On **February 15, 2021**, and every thirty days thereafter, the parties shall file a letter updating the Court on the status of the case.  In addition, upon completion of the mediation, the parties shall provide the Court with a status letter.

SO ORDERED.

Dated: January 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge